UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

CIVIL ACTION, FILE NUMBER 07 CIV. 4809 (SCR)
JUDGE ROBINSON

-----------------------------------------------------------x
MONA HAMZA,

               Plaintiff,

    -against-                          NOTICE OF VOLUNTARY DISMISSAL

SAKS INCORPORATED,

               Defendant.
-----------------------------------------------------------x

    PLEASE TAKE NOTICE, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the above action is dismissed without prejudice by the plaintiff.

    The adverse party has not been served.

*[signature: Case Closed]*

Dated: Pearl River, New York
       June 7, 2007

                                      Respectfully submitted,

                                      Feiden Law Firm
                                      Attorney for Plaintiff
                                      One Blue Hill Plaza, 11th Floor
                                      Pearl River, New York 10965

                                      *[signature: Larraine Feiden]*

                                      Larraine Feiden, Esq.
                                      (LF-7818)

So ORDERED:

*[signature: Stephen C. Robinson]*
U.S.D.J.

dated: 6/14/07

USDC SDNY
DOCUMENT